THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* RONALD OSMAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 31, 1928; decided June 21, 1928.)

APPEAL from a judgment of the Kings County Court, rendered February 24, 1928, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Luke O'Reilly* and *William O'Dwyer* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and KELLOGG, JJ. Dissenting: LEHMAN and O'BRIEN, JJ., upon the ground that the evidence does not show a deliberate and premeditated design to effect death.